In Matter of Estate of Garret Meade, also known as George Meade, Deceased.
John Miller, Appellant, v. City National Bank and Trust Company of Chicago, Administrator De-Bonis Non, etc., Appellee.

Gen. No. 47,264.

First District, Second Division.

April 15, 1958.

Released for publication May 21, 1958.

Reuben Stiglitz, for appellant; Richard L. Phelan and William P. Kearney, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.